IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY WALKER,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY TEXAS, L.P.,<br><br>Defendant. | Case No. 3:20-cv-01735 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MARY WALKER (the "Plaintiff"), JUST ENERGY TEXAS, L.P., (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: August 25, 2020                             Respectfully submitted,

                                                                               **MARY WALKER**

                                                                               By: */s/ Mohammed Badwan*

                                                                               Mohammed Badwan
                                                                               SULAIMAN LAW GROUP, LTD.
                                                                               2500 South Highland Avenue
                                                                               Suite 200
                                                                               Lombard, Illinois 60148
                                                                               +1 630-575-8180
                                                                               mbadwan@sulaimanlaw.com