IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>JUST ENERGY TEXAS, L.P.,<br><br>    Defendant. | Case No: 3:20-cv-01735-G |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARY WALKER and the Defendant JUST ENERGY TEXAS, L.P., through their respective counsel that the above-captioned action is dismissed with prejudice as to Defendant JUST ENERGY TEXAS, L.P., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 9, 2020                             Respectfully Submitted,

MARY WALKER                                          JUST ENERGY TEXAS, L.P.

*/s/ Mohammed O. Badwan*                             */s/ Joshua Thomas (with consent)*
Mohammed O. Badwan                                   Joshua Thomas
*Counsel for Plaintiff*                              *Counsel for Defendant*
Sulaiman Law Group, LTD.                             Baker & Hostetler LLP
2500 S. Highland Ave., Ste. 200                      811 Main St., Suite 1100
Lombard, Illinois 60148                              Houston, Texas 77002
Phone: (630) 575-8181                                Phone: (713) 751-1600
mbadwan@sulaimanlaw.com                              jthomas@bakerlaw.com